UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA BOND, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 10-1961 (RJL) |
| ATSI/JACKSONVILLE JOB CORPS CENTER, et al. | ) |
| Defendants. | ) |

### ORDER

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that Defendant Marvin Owens's Motion to Dismiss, ECF No. 7, is **GRANTED**; and it is

**FURTHER ORDERED** that all claims against Mr. Owens are **DISMISSED**.

**SO ORDERED** this 20 day of September 2011.

_____
RICHARD J. LEON
United States District Judge